**FILED**
September 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **WILBER RAFAEL GARCES PEREZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-26-CV-6038-OLG** |
| | § | |
| **BOBBY THOMPSON *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is the above-styled cause, which Petitioner initiated on September 21, 2026. *See* Dkt. No. 1. That same day, Petitioner moved for a temporary restraining order and preliminary injunction. *See* Dkt. No. 2. Upon consideration, the Court orders as follows:

- This matter is set for an in-person hearing on **Wednesday, September 30, 2026, at 12:00 p.m.** in Courtroom C on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207. Petitioner must be present at the hearing.

**SIGNED** on September 21, 2026.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE