UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **WILBER RAFAEL GARCES PEREZ,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CIVIL NO. SA-26-CV-6038-OLG** |
| **BOBBY THOMPSON *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Respondents' Opposed Motion to Extend Time to File an Answer, Vacate Hearing, and Hold Habeas Proceedings in Abeyance or Dismiss (Dkt. No. 11), filed September 29, 2026. *See* Dkt. No. 11. In the Motion, Respondents advise that Petitioner was recently arrested on federal criminal charges and, as a result, is temporarily detained pending a detention hearing scheduled for Wednesday, September 30, 2026. *Id.* at 2–3; *see also United States v. Garces-Perez*, No. 1:26-MJ-918-DH, Dkt. Nos. 3; 5; 6; 9. This development is significant because, if Petitioner is ordered detained pending trial, it would moot these proceedings. Petitioner would no longer be subject to detention to effectuate his removal. Instead, he would be subject to detention under the Bail Reform Act to secure his appearance at trial, the propriety and constitutionality of which is without question. *See, e.g.*, *United States v. Salerno*, 481 U.S. 739 (1987). The Motion (Dkt. No. 11) is therefore **GRANTED IN PART** as follows:

**IT IS ORDERED** that the hearing set for **Wednesday, September 30, 2026, at 12:00 p.m.**, is **VACATED** until further order of the Court.

**IT IS FURTHER ORDERED** that Respondents' deadline to file a response to the Petition (Dkt. No. 1) is **EXTENDED** until **7 days** after Petitioner's criminal detention has been resolved.

**IT IS SO ORDERED**.

**SIGNED** on September 29, 2026.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE